# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **METROPCS, a brand of T-MOBILE USA, Inc., a Delaware Corporation,** § § § | | |
| **Plaintiff,** § § | | |
| v. § § | Case No. 4:16CV283 Judge Mazzant/Judge Johnson | |
| **MYNEXTCELLULAR, LLC, a Texas Limited Liability Company; ELTON CHAU; and ANUJ SHAH,** § § § § | | |
| **Defendants.** § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 8, 2017, the report of the Magistrate Judge (Dkt. #87) was entered containing proposed findings of fact and recommendations that Plaintiff T-Mobile USA, Inc., for itself and its MetroPCS brand's ("MetroPCS" or "Plaintiff") Motion for Final Judgment and Permanent Injunction Against Defendant MyNextCellular, LLC (Dkt. #83) be **GRANTED** and a Final Default Judgment and Permanent Injunction Against Defendant MyNextCellular be entered (*see* Dkt. #83-4).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Motion for Final Judgment and Permanent Injunction

Against Defendant MyNextCellular, LLC (Dkt. #83) is **GRANTED** and the Permanent Injunction Against Defendant MyNextCellular (*see* Dkt. #83-4) shall be entered.

    **IT IS SO ORDERED**.

    **SIGNED this 2nd day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE